IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARCH DEVELOPMENT CORP., )<br>an Illinois Not For Profit Corporation, )<br>and DANA-FARBER CANCER )<br>INSTITUTE, INC., a Massachusetts )<br>Not For Profit Corporation, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GENENTECH, INC., )<br>A Delaware Corporation, and )<br>OSI PHARMACEUTICALS LLC, )<br>A Delaware Corporation, )<br>)<br>Defendants. ) | No. 1:15-cv-06597 ARW<br><br>**JURY TRIAL DEMANDED** |

### AMENDED COMPLAINT

Plaintiffs in the afore-captioned matter, the Arch Development Corp. ("Arch") and Dana-Farber Cancer Institute, Inc. ("Dana Farber"), through their attorneys, hereby allege by way of complaint against defendants Genentech, Inc. ("Genentech") OSI Pharmaceuticals LLC ("OSI") as follows:

### The Parties

1. Arch is an Illinois Not For Profit Corporation with a principal place of business at 5801 Ellis Avenue, Suite 503, Chicago, Illinois 60637.

2. Dana-Farber is a Massachusetts Not For Profit Corporation with a principal place of business at 44 Binney Street, Boston, Massachusetts 02115.

3. Upon information and belief, Genentech is a Delaware Corporation with a principal place of business at 1 DNA Way, South San Francisco, California 94080.

4. Upon information and belief, OSI is a Delaware Corporation with a principal place of business at 1 Astellas Way, Northbrook Illinois 60062.

## The Patent In Suit

5. Dana-Farber and Arch are co-owners by assignment of U.S. Patent No. 7,838,512, entitled *DNA Damaging Agents in Combination with Tyrosine Kinase Inhibitors* ("the '512 patent") [Ex. A].

6. The claims of the '512 patent are all directed to methods of treatment.

7. The '512 patent issued on November 23, 2010 based upon an application claiming priority of February 4, 1994, and the term of the '512 patent has been extended for a period of 428 days.

## Jurisdiction and Venue

8. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S. Code § 1338.

9. At all times relevant to the subject matter of this complaint, Genentech and OSI have been engaged in the regular conduct of business in this Judicial District. Genentech and OSI are registered as foreign corporations in Illinois under the Illinois Business Corporations Act.

10. Venue is proper in this Judicial District pursuant to 28 U.S. Code § 1400.

## Count I – Induced Patent Infringement

11. Arch and Dana-Farber incorporate by reference paragraphs 1 through 9, herein.

12. On November 2, 2005, co-promoters Genentech and OSI announced that the United States Food and Drug Administration ("FDA") had approved the combination of Tarceva® (erlotnib), a small molecule tyrosine kinase inhibitor, and gemcitabine, a chemotherapeutic agent, for the treatment of advanced pancreatic cancer.

2

13. Since receiving FDA approval for the combination of Tarceva® and gemcitabine, Genentech and OSI co-promoted and encouraged the use of that combination in the treatment of advanced pancreatic cancer through, *e.g.,* the prescription information Genentech prepares for Tarceva®.

14. As a result of such co-promotion, oncologists commenced prescribing the combination of Tarceva® and gemcitabine to patients suffering from advanced pancreatic cancer, which contributed to a substantial increase in Tarceva® sales.

15. The use of the combination of Tarceva® and gemcitabine in the treatment of advanced pancreatic cancer is an infringement of the '512 patent.

16. On September 7, 2010, counsel for Arch and Dana-Farber wrote to Genentech and OSI to apprise them of the Notice of Allowance for the '512 patent, including a copy of the allowed claims, giving Genentech and OSI actual knowledge of such claims.

17. Upon information and belief, Genentech and OSI had actual knowledge of the '512 patent upon the issuance thereof, given that they were put on notice of the imminence of such issuance, and given that prudence would have dictated that they monitor such issuance.

18. In the alternative, in the event Genentech and OSI did not monitor the issuance of the '512 patent, they were willfully blind to such issuance.

19. Upon information and belief, Genentech and OSI were aware that the use of the combination of Tarceva® and gemcitabine to treat advanced pancreatic cancer was an infringement of the '512 patent, as Genentech and OSI have never provided Arch or Dana Farber any non-infringement position.

20. Genentech's and OSI's infringing activities have caused injury to Arch and Dana Farber.

WHEREFORE, Arch and Dana-Farber respectfully request that this Court award them damages adequate to compensate them for the defendants' induced infringement, and such further relief as the Court deems appropriate.

        Respectfully submitted,


        */s/ George C. Summerfield*
        George C. Summerfield
        STADHEIM & GREAR
        400 North Michigan Avenue
        Suite 2200
        Chicago, Illinois 60611
        (312) 755-4400
        summerfield@stadheimgrear.com

        *ATTORNEY FOR PLAINTIFFS*
        *ARCH DEVELOPMENT CORP.*
        *and DANA-FARBER CANCER INSTITUTE, INC.*

Dated: September 22, 2015